UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| Plaintiff | ) | Case No. 4:19 CR 207-02 |
| | ) | |
| v. | ) | CONSENT TO TRANSFER AND |
| | ) | ORDER OF TRANSFER OF A |
| | ) | RELATED CASE |
| SADIYA AZ-ZAHRA SOW, | ) | |
| | ) | |
| Defendant | ) | |

Pursuant to Local Criminal Rule 57.9(b)(3), a case may be transferred as related to an earlier assigned case only with the concurrence of both the transferee and the transferor judges.

The undersigned are the transferee and the transferor judges, each of whom hereby consents to the transfer.

/s/ Solomon Oliver Jr.
JUDGE SOLOMON OLIVER, JR.
Transferor Judge

/s/ Dan Aaron Polster
JUDGE DAN AARON POLSTER
Transferee Judge

IT IS THEREFORE ORDERED that Case No. 4:19 CR 207, as to Defendant Sadiya Az-Zahra ONLY, is transferred to the docket of Judge Dan Aaron Polster as a case related to Case No. 4:19 CR 206.

/s/ Solomon Oliver, Jr.
JUDGE SOLOMON OLIVER, JR.
Transferor Judge

July 16, 2019